## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**JOHN JOE DOE C.D.,**                    :
                                          :
    **Plaintiff**                    :   **CIVIL ACTION NO. 3:20-0088**
                                          :
**v**                                     :
                                          :   **(JUDGE MANNION)**
**CAREER TECHNOLOGY CENTER**              :
**OF LACKAWANNA COUNTY and**
**SCRANTON SCHOOL DISTRICT,**             :
                                          :
    **Defendants**

## O R D E R

In light of the foregoing Memorandum issued in the above- captioned case, **IT IS HEREBY ORDERED THAT:**

1.  The motions to dismiss of CTC, **(Doc. 7)**, and SSD, **(Doc. 9)**, filed in the above-captioned case with respect to C.D.'s complaint, **(Doc. 2)**, are **GRANTED IN PART**, and **DENIED IN PART**.

2.  The motion to dismiss of SSD with respect to the Title IX claim in Count I of the complaint, is **DENIED**. Count I will **PROCEED** as against CTC and SSD.

3.  The motions to dismiss of CTC and SSD with respect to Count II of the complaint are **GRANTED**, and the Title IX claim in Count II is **DISMISSED WITH PREJUDICE**.

4.  The motions to dismiss of CTC and SSD with respect to Count III of the complaint are **GRANTED**, and the Title IX retaliation claim in Count III is **DISMISSED WITH PREJUDICE**.

5.  The motion to dismiss of SSD with respect to Count IV, 14th Amendment due process claim, and Count VI, failure to train and supervise claim of the complaint, is **DENIED**. Counts IV and VI will **PROCEED** as against CTC and SSD.

6.  The motions to dismiss of CTC and SSD with respect to Count V of the complaint, state-created danger claims, are **GRANTED**, and this claim is **DISMISSED WITH PREJUDICE**.

7.  The motions to dismiss of CTC and SSD with respect to Counts VII and VIII of the complaint, state law tort claims, are **GRANTED**, and these claims are **DISMISSED WITH PREJUDICE**.

8.  The defendants CTC and SSD are directed to file their answers to the remaining claims against them in the plaintiff's complaint in **on or before March 25, 2020**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 11, 2020**

20-0088-01-ORDERI.wpd