# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN JOE DOE C.D,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-088 |
| v. | : | (JUDGE MANNION) |
| **CAREER TECHNOLGY CENTER OF LACKAWANNA COUNTY and SRCANTON SCHOOLD DISTRICT,** | : | |
| Defendants | : | |

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the motion for reconsideration of C.D., **(Doc. 24)**, with respect to his Title IX retaliation claim in Count III of his complaint is **DENIED**; and

**(2)** C.D.'s Title IX retaliation claim remains **DISMISSED WITH PREJUDICE** as against CTC and SSD.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 27, 2020**
20-088-02-Order